**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AUGUSTA WILLIAMS, ON HER OWN**
**BEHALF AND ON BEHALF OF OTHERS**
**SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                          **Case No. 6:10-cv-701-Orl-28GJK**

**SUPERIOR AIRCRAFT SERVICES, INC.,**

        **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 28) filed December 9, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 30), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 7, 2011 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 28) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of the bona fide Fair Labor Standard Act dispute in this case.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14th___ day of February, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge